**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-1012 |
| Plaintiff - Appellee, | D.C. No. 2:22-cr-00103-JJT-1 |
| v. | |
| JEFFERSON ALEJANDRO LOPEZ ALCARAZ, AKA Jefferson Alejandro Lopez Alcazar, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John J. Tuchi, District Judge, Presiding

Submitted November 12, 2025**

Before: SCHROEDER, RAWLINSON, and NGUYEN, Circuit Judges.

Jefferson Alejandro Lopez Alcaraz appeals from the district court's

judgment and challenges his guilty-plea conviction and 180-month sentence for

possession with intent to distribute 40 grams or more of fentanyl in violation of 21

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 841(a)(1) and (b)(1)(B)(vi).

Lopez Alcaraz's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Lopez Alcaraz has not filed a pro se supplemental brief.

In the plea agreement, Lopez Alcaraz waived his right to appeal the conviction and sentence.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is granted.

**DISMISSED.**